UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZHOUSONG NI,

                Plaintiff(s).

                21 civ 6098 (JGK)

      -against-

                **WRIT OF MANDAMUS**
ALEJANDRO MAYORKAS, et al.                **SCHEDULING ORDER**
                Defendant(s).
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

    A petition for writ of mandamus has been filed with the Court.

    It is hereby ordered that the Government shall answer the petition by **September 10, 2021.**

    It is further ordered that the petitioners file a reply by **September 24, 2021.**

    The Court will contact the parties for oral argument.

**SO ORDERED.**

                                                                          **JOHN G. KOELTL**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         August 11, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 12, 2021